**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| LAREDO RIDGE WIND, LLC, BROKEN BOW WIND, LLC, and CROFTON BLUFFS WIND, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER DISTRICT,<br><br>Defendant. | 8:19CV45<br><br>TEMPORARY RESTRAINING ORDER |

This matter is before the Court on the parties' Stipulation for Entry of Consent Temporary Restraining Order, ECF No. 13. The Stipulation was entered into by Plaintiffs Laredo Ridge Wind, LLC, Broken Bow Wind, LLC, and Crofton Bluffs Wind, LLC, and Defendant Nebraska Public Power District. The parties stipulate to entry of a temporary restraining order barring, precluding, and enjoining Nebraska Public Power District from terminating the Power Purchase Agreements currently in force between Nebraska Public Power District and each of the Plaintiffs (attached as Exhibits 1, 2, and 3 to the Declaration of Randall Hickok, ECF No. 10) until the expiration of this temporary restraining order. The parties request that the temporary restraining order expire on March 1, 2019, and stipulate that bond is waived by the parties.

IT IS ORDERED:

1. The parties' Stipulation for Entry of Consent Temporary Restraining Order, ECF No.13, is approved;

2. Nebraska Public Power District is hereby barred, precluded, and enjoined from terminating the Power Purchase Agreements currently in force between

Nebraska Public Power District and each of the Plaintiffs (attached as Exhibits 1, 2, and 3, to the Declaration of Randall Hickok, ECF No. 10) until the expiration of this Temporary Restraining Order;

3. This Temporary Restraining Order will expire at 11:59 p.m. on March 1, 2019, unless otherwise extended or vacated;

4. Plaintiffs are not required to post a bond;

5. The hearing on Plaintiffs' Motion for Temporary Restraining Order scheduled for February 1, 2019, is cancelled. The hearing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 6, is set for February 22, 2019, at 10:00 a.m. in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior District Judge Laurie Smith Camp; and

6. Plaintiffs are ordered to send Defendant notice of the hearing and a copy of this Temporary Restraining Order.

Dated this 1st day of February 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge