# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAREDO RIDGE WIND, LLC, BROKEN BOW WIND, LLC, and CROFTON BLUFFS WIND, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER DISTRICT,<br><br>Defendant. | 8:19CV45<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the parties' Stipulation for Entry of Consent Preliminary Injunction, ECF No. 25. The Stipulation was entered into by Plaintiffs Laredo Ridge Wind, LLC, Broken Bow Wind, LLC, and Crofton Bluffs Wind, LLC, and Defendant Nebraska Public Power District. The parties stipulate to entry of a preliminary injunction barring, precluding, and enjoining Nebraska Public Power District from terminating the Power Purchase Agreements currently in force between Nebraska Public Power District and each of the Plaintiffs (attached as Exhibits 1, 2, and 3 to the Declaration of Randall Hickok, ECF No. 10) pending the disposition of this action by the Court. The parties stipulate that bond is waived by the parties.

IT IS ORDERED:

1. The parties' Stipulation for Entry of Consent Preliminary Injunction, ECF No. 25, is approved;

2. Nebraska Public Power District is hereby barred, precluded, and enjoined from terminating the Power Purchase Agreements currently in force between

Nebraska Public Power District and each of the Plaintiffs (attached as Exhibits 1, 2, and 3, to the Declaration of Randall Hickok, ECF No. 10) pending the disposition of this action by the Court;

3. Plaintiffs are not required to post a bond; and

4. The hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for February 22, 2019, is cancelled.

Dated this 19th day of February 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge