IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAREDO RIDGE WIND, LLC, BROKEN BOW WIND, LLC, and CROFTON BLUFFS WIND, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER DISTRICT,<br><br>Defendant. | **8:19CV45**<br><br>**ORDER** |

IT IS ORDERED:

1) NPPD's motion, (Filing No. 48), is granted.

2) NPPD's First Amended Third-Party Complaint and First Amended Counterclaim, copies of which are attached to its motion, shall be filed on or before September 27, 2019.

September 21, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge