IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAREDO RIDGE WIND, LLC, BROKEN BOW WIND, LLC, and CROFTON BLUFFS WIND, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>vs.<br><br>NEBRASKA PUBLIC POWER DISTRICT,<br><br>    Defendant, Counter Claimant, and Third-Party Plaintiff,<br><br>vs.<br><br>ELKHORN RIDGE WIND, L.L.C., a Delaware Limited Liability Company,<br><br>    Third-Party Defendant. | 8:19CV45<br><br>ORDER |

    This case is currently on appeal to the United States Court of Appeals for the Eighth Circuit. Accordingly,

    IT IS ORDERED that the pretrial conference and trial settings are vacated.

    Dated this 30th day of September, 2020.

                                                   BY THE COURT:

                                                 *s/ Cheryl R. Zwart*
                                                 United States Magistrate Judge